# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ROXANNE ARTHUR,

       Plaintiff,

v.                                    CV 13-01173 MV/WPL

BLOOMFIELD SCHOOL DISTRICT,
and ROB FORD, INDIVIDUALLY
AND AS A SUPERVISOR WITHIN
THE BLOOMFIELD SCHOOL DISTRICT,

       Defendants.

## ORDER GRANTING LEAVE
## TO FILE AMENDED COMPLAINT

Roxanne Arthur has filed a motion for leave to file an amended complaint to add as a defendant the Bloomfield School Board. (Doc. 32.) The Bloomfield School District and Rob Ford do not object to Arthur adding the School Board as a defendant to Counts I and II, but they argue that Arthur should not be allowed to add the School Board as a defendant to Counts III and IV because such amendment would be futile as these claims are barred as a matter of law. (Doc. 41.)

Courts should grant leave to amend a complaint "when justice so requires." Fed. R. Civ. P. 15(a)(2). The Bloomfield School District and Ford have already filed a partial motion for judgment on the pleadings to dismiss Counts III and IV. (Doc. 31.) That motion is fully briefed, and it does not make sense for two judges to analyze whether Arthur has stated a valid claim under Counts III and IV. In the interest of judicial economy, I will allow Arthur to file her Amended Complaint, and the Court will analyze whether Arthur has stated a claim against the

Bloomfield School District, the Bloomfield School Board or Rob Ford under Counts III and IV.

Arthur must file her Amended Complaint by July 25, 2014.

      IT IS SO ORDERED.

                                                _____
                                              William P. Lynch
                                              United States Magistrate Judge